# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Crim. Case No.06cr395-BTM |
| Plaintiff, | ) |
| v. | ) **ORDER FOR CONTINUANCE** |
| | ) **OF SENTENCING HEARING** |
| LAURI MUNOZ, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that he sentencing hearing set for August 3, 2007 at 8:30 a.m. be continued to August 24, 2007 at 10:00 a.m.

**IT IS SO ORDERED**

DATED:  July 20, 2007

_[signature]_

Honorable Barry Ted Moskowitz
United States District Judge